BETTIE JOYNER, Administratrix of WILLIAM LEE JOYNER, Deceased,
v. ST. PAUL FIRE AND MARINE INSURANCE COMPANY, TILGH-
MAN MOTORS, INC., J. W. HARDY, MALCOLM HARDY, and B. O.
TAYLOR.

(Filed 1 November, 1935.)

**Appeal and Error J d—**

Where the Supreme Court is evenly divided in opinion, one Justice not
sitting, the judgment of the lower court will be affirmed without becoming
a precedent.

Appeal from *Small, J.,* at August Term, 1935, of Pitt.

The defendant St. Paul Fire and Marine Insurance Company de-
murred to the complaint upon the ground that said complaint failed to

allege facts sufficient to constitute a cause of action against it, the insurance company. The court overruled the demurrer, and to this order the demurrant excepted and appealed to the Supreme Court, assigning error.

*Shaw & Jones for plaintiff, appellee.*
*J. M. Broughton for demurrant, appellant.*

PER CURIAM. The Court being equally divided in opinion, *Brogden, J.,* not sitting, the order of the Superior Court is affirmed in accordance with the usual practice in such cases, and stands as a decision in this case without becoming a precedent. *Nebel v. Nebel,* 201 N. C., 840, and cases there cited.

Affirmed.